UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D4, CORY JUSTIN MANN,

    Defendant.

Case No. 22-cr-20188-4
Hon. Matthew F. Leitman

## STIPULATION TO DISMISS REMAINING COUNTS FOR DEFENDANT CORY JUSTIN MANN

The United States of America, by and through its undersigned attorneys, and Defendant Cory Justin Mann, by and through his counsel, hereby STIPULATE, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss, with prejudice, all remaining open Counts against Defendant Cory Justin Mann in the above-referenced matter are dismissed as to Defendant Cory Justin Mann.

So Stipulated:

/s/ William F. Thompson
Eric M. Nemeth, Esq. (MI P24925)
William L. Thompson, Esq. (MI P80123) *Counsel for Defendant Cory Justin Mann*
Varnum LLP
480 Pierce Street, Ste. 300
Birmingham, MI 48009
(313) 481-7318
emnemeth@varnumlaw.com

/s/Mark McDonald
Mark McDonald (VA72198)
Christopher O'Donnell (MA64394)
Trial Attorneys
600 Church Street
Flint, Michigan 48502-1280
(202) 305-2672
Mark.S.McDonald@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 22-cr-20188-4
Hon. Matthew F. Leitman

v.

D4, CORY JUSTIN MANN,

      Defendant.

## ORDER DISMISSING REMAINING COUNTS FOR DEFENDANT CORY JUSTIN MANN

This matter having come before this Honorable Court by stipulation of the government and the Defendant Cory Justin Mann, by and through his undersigned counsel, pursuant to Federal Rule of Criminal Procedure 48(a), and this Court being otherwise advised of the premises,

**IT IS HEREBY ORDERED** that all remaining open Counts against Defendant Cory Justin Mann in the above-referenced matter are dismissed as to Defendant Cory Justin Mann, with prejudice.

**IT IS SO ORDERED.**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: June 24, 2024